United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 8, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-20056
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOSE GUADALUPE GALLEGOS,

                                        Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:04-CR-356-4
---------------------

Before KING, GARWOOD, and JOLLY, Circuit Judges.

PER CURIAM:[*]

     Appealing the Judgment in a Criminal Case, Jose Guadalupe
Gallegos raises arguments that are foreclosed by United States v.
Slaughter, 238 F.3d 580, 582-84 (5th Cir. 2000), which held that
Apprendi v. New Jersey, 530 U.S. 466 (2000), did not render 21
U.S.C. § 841 unconstitutional on its face.  The Government's
motion for summary affirmance is GRANTED, and the judgment of the
district court is AFFIRMED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.